## STATE OF CONNECTICUT *v.* LUIS CARRASCO
## (15466)

Landau, Heiman and Daly, Js.

Argued September 17—officially released October 8, 1996

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* JOHN R. PLUMMER
## (15467)

Landau, Heiman and Daly, Js.

Argued September 17—officially released October 8, 1996

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* JOHN J. MARTINELLI, JR.
## (14855)

Dupont, C. J., and O'Connell and Lavery, Js.

Argued September 17—officially released October 8, 1996

Per Curiam. The judgment is affirmed.